**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08693-JLS-MAA | Date | April 17, 2023 |
|---|---|---|---|
| Title | Susanna Baltadhyan v. Toyota Motor Credit Coporation | | |

**PRESENT:**

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on November 30, 2022. On March 29, 2023, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before April 12, 2023, why this action should not be dismissed for lack of prosecution for failure to file a joint report (FRCivP 26) [17]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

                                                                           :
                                                              _____    _____
                                                    Initials of Deputy Clerk    vrv